# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                         §
                                               §
GODUCO, LUIS V                                 §        Case No. 10-36605
GODUCO, CATHERINE                              §
                                               §
                                               §
                        Debtor(s)              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                      $

    The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                        and the deadline for filing governmental claims was                        . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $             , for a total compensation of $             $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $            , for total expenses of $             $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 10-36605    RG    Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GODUCO, LUIS V | | Date Filed (f) or Converted (c): | 08/16/10 (f) |
| | GODUCO, CATHERINE | | 341(a) Meeting Date: | 09/15/10 |
| For Period Ending: 12/31/12    (3rd reporting period for this case) | | | Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 39 W. 132 Long Meadow, St.Charles | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Lot #1 Oak Shadows Subdivision, St. Charles, Ill | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Lot #4 - Oak Shadows Subdivision, St. Charles, I | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. 2 checking accounts at Fifth Third Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings Account at Fifth Third Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| 7. household goods | 2,000.00 | 8,000.00 | | 7,000.00 | FA |
| 8. Miscellaneous pictures | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 10. 2 watches, 2 wedding rings, miscellaneous costum | 800.00 | 4,200.00 | | 8,000.00 | FA |
| 11. 1 digital camera, 1 set of golf clubs | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. Nottingham Homes, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Goduco Design Group, Ltd. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Pulte Stock | 300.00 | 0.00 | DA | 0.00 | FA |
| 15. Nottingham Remodeling, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2003 Hummer H1 | 45,000.00 | 4,775.00 | DA | 0.00 | FA |
| 17. 2004 Landrover | 6,575.00 | 4,175.00 | DA | 0.00 | FA |
| 18. 2008 Ford F-250 Pick-up Truck | 19,400.00 | 0.00 | DA | 0.00 | FA |
| 19. 1997 Mitsubishi Galant | 575.00 | 575.00 | DA | 0.00 | FA |
| 20. Lawn mower, patio furniture and misc. tools | 250.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,775,720.00 | $21,925.00 | | $15,000.19 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

Case No:        10-36605      RG    Judge: MANUEL BARBOSA                    Trustee Name:               JOSEPH R. VOILAND
Case Name:    GODUCO, LUIS V                                                Date Filed (f) or Converted (c):   08/16/10 (f)
                    GODUCO, CATHERINE                                       341(a) Meeting Date:        09/15/10
                                                                            Claims Bar Date:            10/11/11

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 10/15/11          Current Projected Date of Final Report (TFR): 03/15/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-36605 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GODUCO, LUIS V | Bank Name: | The Bank of New York Mellon |
| | GODUCO, CATHERINE | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******0779 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 1,000.00 |
| | | | DEPOSIT CHECK #8112 | | | | |
| 08/02/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 2,000.00 |
| | | | DEPOSIT CHECK #8122 | | | | |
| 08/23/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 3,000.00 |
| | | | DEPOSIT CHECK #8129 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,975.01 |
| 09/22/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 3,975.01 |
| | | | DEPOSIT CHECK #8152 | | | | |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,975.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,950.03 |
| 10/26/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 4,950.03 |
| | | | DEPOSIT CHECK #8166 | | | | |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,950.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.06 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,925.10 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,900.10 |
| 12/06/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 5,900.10 |
| 12/22/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 6,900.10 |
| | | | DEPOSIT CHECK #8193 | | | | |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,900.15 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,875.15 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,875.19 |
| 01/25/12 | | Transfer to Acct #*******4687 | Bank Funds Transfer | 9999-000 | | 6,875.19 | 0.00 |

| | | | Page Subtotals | | 7,000.19 | 7,000.19 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 10-36605  -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GODUCO, LUIS V | | Bank Name: | The Bank of New York Mellon |
| | GODUCO, CATHERINE | | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.19 | 7,000.19 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 6,875.19 | |
| | | | Subtotal | | 7,000.19 | 125.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.19 | 125.00 | |

Page Subtotals                0.00                0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 10-36605 -RG |
| Case Name: | GODUCO, LUIS V |
| | GODUCO, CATHERINE |
| Taxpayer ID No: | *******0779 |
| For Period Ending: | 12/31/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4687  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7065 | Bank Funds Transfer | 9999-000 | 6,875.19 | | 6,875.19 |
| 02/02/12 | 10 | Goduco, Catherine | | 1129-000 | 1,000.00 | | 7,875.19 |
| 02/24/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 8,875.19 |
| 04/02/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 9,875.19 |
| 04/22/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 10,875.19 |
| 05/22/12 | 10 | CATHERINE GODUCO 39 W 132 LONG MEADOW SAINT CHARLES, IL 60175 | | 1129-000 | 1,000.00 | | 11,875.19 |
| 06/26/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 12,875.19 |
| 07/24/12 | 10 | CATHERINE GODUCO 39 W 132 LONG MEADOW SAINT CHARLES, IL 60175 | | 1129-000 | 1,000.00 | | 13,875.19 |
| 08/28/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 14,875.19 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 14,875.19 | 0.00 | 14,875.19 |
| Less: Bank Transfers/CD's | 6,875.19 | 0.00 | |
| Subtotal | 8,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7065 | 7,000.19 | 125.00 | 0.00 |
| Checking Account - ********4687 | 8,000.00 | 0.00 | 14,875.19 |
| | 15,000.19 | 125.00 | 14,875.19 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  14,875.19  0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit B

| | |
|---|---|
| Case No: | 10-36605  -RG |
| Case Name: | GODUCO, LUIS V |
| | GODUCO, CATHERINE |
| Taxpayer ID No: | *******0779 |
| For Period Ending: | 12/31/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4687  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********7065

Checking Account - ********4687

| | | | Page Subtotals | | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT A | | | | Date: March 03, 2013 |
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:   10-36605
Debtor Name:   GODUCO, LUIS V

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008A 999 2820-00 | Illinois Department of Revenue <B>(ADMINISTRATIVE)</B> Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000004A 040 5800-00 | Dept of the Treasury - Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | Priority | | $20,522.50 | $0.00 | $20,522.50 |
| 000002 070 7100-00 | FIA Card Services NA/Bank of America NA/MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $39,412.36 | $0.00 | $39,412.36 |
| 000003 070 7100-00 | FIA Card Services NA/Bank of America NA/MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $33,115.77 | $0.00 | $33,115.77 |
| 000004B 070 7100-00 | Dept of the Treasury - Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $3,903.42 | $0.00 | $3,903.42 |
| 000005 070 7100-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382-9009 | Unsecured | | $12,226.15 | $0.00 | $12,226.15 |
| 000006 070 7100-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Unsecured | | $7,495.70 | $0.00 | $7,495.70 |
| 000007 070 7100-00 | Dean Street Offices, LLC c/o Suburban Real Estate Services 4951 Indiana Avenue, Suite 450 Lisle, IL 60532-3844 | Unsecured | | $15,231.19 | $0.00 | $15,231.19 |
| 000009 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $13,797.88 | $0.00 | $13,797.88 |
| 000010 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $6,146.37 | $0.00 | $6,146.37 |
| 000011 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $716.80 | $0.00 | $716.80 |

| | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|

Page 2            ANALYSIS OF CLAIMS REGISTER            Date: March 03, 2013

Case Number:    10-36605          Claim Class Sequence

Debtor Name:    GODUCO, LUIS V

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 050 4210-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | | $26,787.34 | $0.00 | $26,787.34 |
| 000012 050 4120-00 | Oak Shadows Home Owners Assn John M McGuirk/Kate L McCracken Hoscheit McGuirk McCracken & Cuscaden PC 1001 E Main St, Ste G St Charles, IL 60174 | Secured | | $6,724.48 | $0.00 | $6,724.48 |
| | Case Totals: | | | $186,079.96 | $0.00 | $186,079.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-36605
Case Name: GODUCO, LUIS V
        GODUCO, CATHERINE
Trustee Name: JOSEPH R. VOILAND

           Balance on hand                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses      $_____

      Remaining Balance                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Dept of the Treasury - Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                         $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | FIA Card Services NA/Bank of America NA/MBNA | $ | $ | $ |
| 000003 | FIA Card Services NA/Bank of America NA/MBNA | $ | $ | $ |
| 000004B | Dept of the Treasury - Internal Revenue Service | $ | $ | $ |
| 000005 | Fifth Third Bank | $ | $ | $ |
| 000006 | Fifth Third Bank | $ | $ | $ |
| 000007 | Dean Street Offices, LLC | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ | $ |
| 000011 | Chase Bank USA, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                                                    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE