UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GODUCO, LUIS V § Case No. 10-36605
GODUCO, CATHERINE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/02/2013 in Courtroom 240,
               United States Courthouse
               c/o Kane County Courthouse
               100 S. 3rd St., Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/26/2013            By: Kenneth S. Gardner
                                                        Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GODUCO, LUIS V § Case No. 10-36605
GODUCO, CATHERINE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.19 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 14,875.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,250.02 | $ 0.00 | $ 2,250.02 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 353.11 | $ 0.00 | $ 353.11 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,603.13 |
| Remaining Balance | $ 12,272.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,522.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Dept of the Treasury - Internal Revenue Service | $ 20,522.50 | $ 0.00 | $ 12,272.06 |
| | Total to be paid to priority creditors | | | $ 12,272.06 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 132,045.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | FIA Card Services NA/Bank of America NA/MBNA | $ 39,412.36 | $ 0.00 | $ 0.00 |
| 000003 | FIA Card Services NA/Bank of America NA/MBNA | $ 33,115.77 | $ 0.00 | $ 0.00 |
| 000004B | Dept of the Treasury - Internal Revenue Service | $ 3,903.42 | $ 0.00 | $ 0.00 |
| 000005 | Fifth Third Bank | $ 12,226.15 | $ 0.00 | $ 0.00 |
| 000006 | Fifth Third Bank | $ 7,495.70 | $ 0.00 | $ 0.00 |
| 000007 | Dean Street Offices, LLC | $ 15,231.19 | $ 0.00 | $ 0.00 |
| 000009 | Chase Bank USA, N.A. | $ 13,797.88 | $ 0.00 | $ 0.00 |
| 000010 | Chase Bank USA, N.A. | $ 6,146.37 | $ 0.00 | $ 0.00 |
| 000011 | Chase Bank USA, N.A. | $ 716.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |

    Remaining Balance                                                                  $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                            Prepared By: /s/Joseph R. Voiland_____
                                                       Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 10-36605-CAD
Luis V Goduco                                                   Chapter 7
Catherine Goduco
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 3              Date Rcvd: Mar 27, 2013
                              Form ID: pdf006              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2013.
db/jdb         Luis V Goduco,   Catherine Goduco,    39 W 132 Long Meadow,   Saint Charles, IL 60175
16001816      +BAC Home Loan Servicing,   PO Box 650225,    Dallas, TX 75265-0225
16001817      +Bank of America,   PO Box 851001,    Dallas, TX 75285-1001
16114113      +Bank of America Home Loans,    Home Loan Servicing, LP,    PO Box 650070,   Dallas, TX 75265-0070
16114112      +Bank of America Home Loans,    c/o Codilis & Associates,    15W030 North Frontage Road, #100,
                Burr Ridge, IL 60527-6921
16114114      +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
16001818      +Capital One Bank,   P.O. Box 6492,    Carol Stream, IL 60197-6492
16001820      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16001819      +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
16114116      +Chase,   PO Box 15154,   Wilmington, DE 19886-5154
17629971       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17546668       FIA Card Services NA/Bank of America NA/MBNA,    America Bank NA,   PO Box 15102,
                Wilmington, DE 19886-5102
16114121      ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                PO Box 537901,   Livonia, MI 48153)
16001822      +Fifth Third Bank,   PO Box 740789,    Cincinnati, OH 45274-0789
17602679       Fifth Third Bank,    PO BOX 829009,   Dallas, TX 75382-9009
16114119      +Fifth Third Bank of Chicago,    PO Box 630778,   Cincinnati, OH 45263-0778
16001823      +Fifth Third Bank-Chicago,   PO Box 630778,    Cincinnati, OH 45263-0778
16001824      +Ford Credit,   PO Box 790093,    Saint Louis, MO 63179-0093
16114120      +Ford Motor Credit,   PO Box 790093,    Saint Louis, MO 63179-0093
17544891      +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn, MI 48121-6275
16114122      +Goduco Design Group Ltd,   1830 Wallace Ave., Ste. 201,    St. Charles, IL 60174-3417
17628022       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
16114123       Illinois Department of Revenue,    Springfield, IL 62794
16001825      +Libertyville Bank & Trust Co.,    507 N. Milwaukee Avenue,    Libertyville, IL 60048-2000
16114127      +Nottingham Homes,   1830 Wallace Ave., Ste. 201,    St. Charles, IL 60174-3417
16114128      +Oak Shadows Home Owners Assn,    John M McGuirk/Kate L McCracken,
                Hoscheit McGuirk McCracken & Cuscaden PC,    1001 E Main St, Ste G,   St Charles, IL 60174-2204
16114129      +Prairie Lakes Home Owners Assn,    PO Box 944,   Bloomingdale, IL 60108-0944
16001826      +Prairie Lakes Homeowners Assn,    PO Box 944,   Bloomingdale, IL 60108-0944
16114130       Private Bank,   PO Box 797,   Bloomfield Hills, MI 48303
16001827      +Wind Hill LLC,   c/o Pancor Constructino & Developmt,    2250 Point Blvd., Suite 125,
                Elgin, IL 60123-7869
16001828      +Windhill LLC,   c/o Centerline Real Estate Serv.,    2325 Dean Street, Suite 900,
                Saint Charles, IL 60175-4813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16114125       E-mail/Text: cio.bncmail@irs.gov Mar 28 2013 02:05:34
                Dept of the Treasury - Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
16114124       E-mail/Text: cio.bncmail@irs.gov Mar 28 2013 02:05:34     Internal Revenue,
                Cincinnati, OH 45999
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16001829*     +BAC Home Loan Servicing,   PO Box 650225,   Dallas, TX 75265-0225
16001830*     +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
16114111*     +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
16001831*     +Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
16001832*     +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
16001833*     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16114115*     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16001834*     +Dean Street Offices, LLC,   c/o Suburban Real Estate Services,    4951 Indiana Avenue, Suite 450,
                Lisle, IL 60532-3844
17602680*     +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16001835*     +Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
16114118*     +Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
16001836*     +Fifth Third Bank-Chicago,   PO Box 630778,   Cincinnati, OH 45263-0778
16001837*     +Ford Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
16114126*     +Libertyville Bank & Trust,   507 N. Milwaukee Avenue,   Libertyville, IL 60048-2000
16001838*     +Libertyville Bank & Trust Co.,   507 N. Milwaukee Avenue,   Libertyville, IL 60048-2000
16001839*     +Prairie Lakes Homeowners Assn,   PO Box 944,   Bloomingdale, IL 60108-0944
16001840*     +Wind Hill LLC,   c/o Pancor Constructino & Developmt,   2250 Point Blvd., Suite 125,
                Elgin, IL 60123-7869
16001841*     +Windhill LLC,   c/o Centerline Real Estate Serv.,   2325 Dean Street, Suite 900,
                Saint Charles, IL 60175-4813
```

```
District/off: 0752-1            User: cmendoza1             Page 2 of 3             Date Rcvd: Mar 27, 2013
                                Form ID: pdf006             Total Noticed: 33

16114117     ##+Dean Street Offices LLC,    c/o Suburban Real Estate Serv, Inc.,    4951 Indiana Ave., Suite 450,
              Lisle, IL 60532-3844
16001821     ##Dean Street Offices, LLC,    c/o Suburban Real Estate Services,    4951 Indiana Avenue, Suite 450,
              Lisle, IL 60532-3844
16114131     ##+Stock Building Supply,   1331 Davis Road,   Elgin, IL 60123-1319
                                                                                         TOTALS: 0, * 18, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2013**                    **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1           User: cmendoza1              Page 3 of 3                  Date Rcvd: Mar 27, 2013
                               Form ID: pdf006              Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2013 at the address(es) listed below:

        Jason Lawrence Pyrz    on behalf of Creditor   The PrivateBank & Trust Company jpyrz@polsinelli.com
        Joseph Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
        Joseph Voiland    on behalf of Trustee Joseph Voiland jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
        Lester A Ottenheimer, III    on behalf of Debtor Luis V Goduco lottenheimer@olawgroup.com, nfishkin@olawgroup.com
        Lester A Ottenheimer, III    on behalf of Joint Debtor Catherine Goduco lottenheimer@olawgroup.com, nfishkin@olawgroup.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 6